PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 05, 2026

SEAN F. McAVOY, CLERK

U.S.A. vs.          Wahsise, Andrea          Docket No.     0980 1:25CR02143-RLP-5

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Andrea Wahsise, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Yakima, Washington, on the 12th day of January 2026, under the following conditions:

**Standard Condition #8:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed  by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been  authorized medical marijuana under state law.

**Special Condition #6 (ECF No. 93)**: Defendant shall submit to random urinalysis testing as directed by the United States Probation/Pretrial Services Office. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing that is required as a condition of release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 13, 2026, Ms. Wahsise signed her initial conditions of release, ECF No. 54, acknowledging an understanding. On February 6, 2026, additional special conditions were imposed by the Court and Ms. Wahsise signed those conditions on February 13, 2026, ECF No. 93, acknowledging an understanding.

**Violation #1:** Ms. Wahsise  is in violation of her condition of pretrial release by consuming cocaine on or about February 25, 2026.

On March 3, 2026, this officer was contacted via telephone by Triumph Treatment Services (Triumph).  Per Triumph, a random drug test was collected during Ms. Wahsise's substance abuse assessment on February 25, 2026, and tested presumptive positive for cocaine. The sample was sent to Drug Scan Laboratory for confirmation. Results were received on March 1, 2026, reflecting a positive reading for cocaine at 968.2 ng/mL. Per Triumph, Ms. Wahsise denied consuming cocaine.

**Violation #2:** Ms. Wahsise  is in violation of her condition of pretrial release by consuming cocaine on or about February 28, 2026.

On March 4, 2026, this officer was contacted via telephone by Triumph. Per Triumph a random drug test was collected and tested presumptive positive for cocaine. The sample was sent to Drug Scan Laboratory for confirmation.

This officer then made telephone contact with Ms. Wahsise who admitted she consumed cocaine on February 28, 2026,  due to "coping with talking about the things I was going through all last week and it overwhelmed me."

PRAYING THAT THE COURT WILL ORDER A SUMMONS

PS-8

**Re: Wahsise,, Andrea**
**March 4, 2026**
**Page 2**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:     March 4, 2026

by     s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]     No Action
[ ]     The Issuance of a Warrant
[X]     The Issuance of a Summons
[ ]     The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[X]     Defendant to appear before the Magistrate Judge.
[ ]     Other

Signature of Judicial Officer

3/5/2026

Date